In the Matter of Application of HENRY SCHMIDT for an Award to Unknown Owners.

*Incompetent person — purchase of land by committee.*

Motion to confirm referee's report and to fix his fees.

PER CURIAM: We are of opinion that the original transfer of the title to this property by the committee was valid. No application to the court was required for the reason that the land was not originally a part of the estate of the incompetent, and when the committee purchased it at the sale under the foreclosure of a mortgage which formed part of his personal estate the land still retained the character of personalty, and the committee held the title thereto only as trustee, Hirschberg, P. J., Woodward, Burr, Rich and Miller, JJ., concurred. Report confirmed, with costs, and referee's fees fixed at $200.

---

Lissa M. Barnett, Respondent, v. The Vaughan Institute, Appellant.— Motion for reargument denied, with costs.   Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Nathan Bloom, Respondent, v. Solomon Mintz, Appellant.— Motion to dismiss appeal granted, with costs.   Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

Samuel Brody, Respondent, v. Hudson Companies, Appellant.— Motion denied, with ten dollars costs.   Present — Jenks, Burr, Thomas, Rich and Miller, JJ.

Vito Caleo and Others, Appellants, v. Lena Goldstein and Others, Respondents. — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.

N. Willard Curtis, Respondent, v. Ray Goldberg, and Others, Defendants. Annie Churchick, Appellant.— Motion denied, without costs.   Present — Hirschberg, P. J., Woodward, Jenks, Burr and Miller, JJ.